UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                :
                          Plaintiff,   :
:
          -against-                            :
:
MICHAEL HOLLINGSWORTH,        :
                        Defendant,  :
------------------------------------------------------------ X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/05/2019
```

19 Cr. 333 (LGS)

SCHEDULING ORDER

LORNA G. SCHOFIELD, District Judge:

    WHEREAS a conference was held before the Court on September 5, 2019.  It is hereby,

    **ORDERED** that the parties shall file by **November 1, 2019** any motions in limine, and by **November 8, 2019,** any responses to the motions.  It is further,

    **ORDERED** that the parties shall file by **November 15, 2019**, a joint statement as provided in the Court's Individual Rule H.1., a joint proposed voir dire, joint proposed requests to charge, and a joint proposed verdict sheet, in each case noting any disagreements between the parties.  It is further,

    **ORDERED** that the parties shall appear for a final pretrial conference on **November 25, 2019 at 11:30 a.m.** in Courtroom 1106 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.  It is further,

    **ORDERED** that at the final pretrial conference, the Government shall provide the Court and the Defendant with a list of anticipated witnesses and exhibits, and the Defendant shall provide the Court and the Government with a list of potential witnesses for purposes of voir dire. In addition, the parties shall be prepared to discuss with the Court the number of trial days needed.  It is further,

    **ORDERED** that a jury trial is scheduled to begin on **December 2, 2019 at 9:45 a.m.**  The

parties are reminded that any discussions regarding the possible disposition of this matter will not stay this schedule.  Furthermore, no extensions will be granted absent extraordinary circumstances.  It is further,

**ORDERED** that for the reasons stated on the record, the Court finds that the ends of justice served by excluding the time between today until December 2, 2019, outweigh the best interests of the public and the defendant in a speedy trial under 18 U.S.C. 3161(h)(7)(A).

Dated: September 5, 2019
      New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　LORNA G. SCHOFIELD
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**