```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
UNITED STATES OF AMERICA                                    :
                                    Plaintiff,              :
                                                            :           19 Cr. 585 (LGS)
            -against-                                       :
                                                            :           SCHEDULING ORDER
ANTHONY FLYNN,                                              :
                                    Defendant,              :
----------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/07/2019

LORNA G. SCHOFIELD, District Judge:

WHEREAS a status conference was held on November 7, 2019.  It is hereby,

**ORDERED** that the parties shall appear for a status conference on **January 9, 2020, at 11:00 a.m**.  It is further,

**ORDERED** that for the reasons stated on the record, the Court finds that the ends of justice served by excluding the time between today and January 9, 2020, outweigh the best interests of the public and the Defendants in a speedy trial as provided in 18 U.S.C. 3161(h)(7)(A).  The time between today and January 9, 2020, is hereby excluded.

Dated: November 7, 2019
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**