

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 15, 2019

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/18/2019

**BY CM/ECF**

The Hon. Lorna G. Schofield
United States District Court for the
  Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007

Application GRANTED. The November 15, 2019, deadline -- for joint requests to charge, joint proposed voir dire, the joint proposed verdict sheet and joint statement -- is extended *nunc pro tunc* until November 18, 2019.

Dated: November 18, 2019
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re: *United States v. Michael Hollingsworth*, 19 Cr. 333 (LGS)

Dear Judge Schofield:

    The parties write to request an extension of time from November 15, 2019, until November 18, 2019, within which to file their joint requests to charges, joint proposed voir dire, joint proposed verdict sheet, and joint statement. The parties hope to reach agreement on as many items as possible, and the Government believes such agreement is most likely if the parties can receive additional time to file these documents.

    This is the parties' first request for an extension of this deadline. Defense counsel has consented to this request.

    We thank the Court for its consideration of this matter.

    Respectfully submitted,

    GEOFFREY S. BERMAN
    United States Attorney for the
    Southern District of New York

  By: /s/ Kedar S. Bhatia
    Kedar S. Bhatia
    Michael R. Herman
    Jessica K. Fender
    Assistant United States Attorneys
    (212) 637-2465/2221/2276