UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
UNITED STATES OF AMERICA,

-against-

MICHAEL HOLLINGSWORTH,
                        Defendant.
------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/19/2019

19-cr-333 (LGS)

**ORDER**

LORNA G. SCHOFIELD, District Judge:

WHEREAS, trial in this case is scheduled to begin on December 2, 2019;

WHEREAS, the letter at Dkt. No. 24 states that the parties are discussing "the possibility of a deferred prosecution agreement." It is hereby

**ORDERED** that counsel shall appear for a **telephone status conference this afternoon, November 19, 2019**. Defendant shall also appear or, through counsel, waive his appearance. Counsel each shall e-mail the Chambers inbox -- as soon as possible and **no later than 12:30 p.m. today** -- the timeframes that they are available for the telephone conference this afternoon before 4:30 and after 5:30 p.m.

Dated:  November 19, 2019
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**