USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/19/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
UNITED STATES OF AMERICA,

                 -against-

MICHAEL HOLLINGSWORTH,
                             Defendant.
------------------------------------------------------------- X

19-cr-333 (LGS)

**ORDER**

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that the parties shall appear for a **telephone status conference today, November 19, 2019, at 2:45 p.m.** Defendant shall appear or, through counsel, waive his appearance. The parties shall jointly call the Court from one line at 212-805-0288.

Dated: November 19, 2019
         New York, New York

                                       **LORNA G. SCHOFIELD**
                                 **UNITED STATES DISTRICT JUDGE**