USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/26/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

MICHAEL HOLLINGSWORTH,

Defendant.

**ORDER**

**19 Cr. 333 (LGS)**

WHEREAS, with the defendant's consent, his guilty plea allocution was made before a United States Magistrate Judge on November 21, 2019;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.
It is further ORDERED that all pending deadlines and the conferences and the trial in this case are CANCELLED.

New York, New York
Dated: November 26, 2019

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**