

KREINDLER & KREINDLER LLP | 750 Third Avenue | New York, NY 10017-2725
office: 212.687.8181 | fax: 212.972.9432 | www.kreindler.com

April 1, 2020

*Application Granted. Defendant Hollingsworth's sentencing hearing is adjourned to June 23, 2020 at 2:00 p.m. Defendant's submission shall be filed by June 1, 2020. The Government's submission shall be filed by June 4, 2020. The Clerk of the Court is directed to terminate the letter motion at docket number 47.*

*Dated: April 6, 2020*
*New York, New York*

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

VIA ECF/CM
Hon. Lorna G. Schofield
United States District Judge
U.S. District Court Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 1106
New York, NY 10007

    Re:    *United States v. Michael Hollingsworth*
             19 Cr. 333 (S.D.N.Y.) (LGS)

Dear Judge Schofield:

    I represent Michael Hollingsworth in the above-referenced prosecution and write to ask this Court to adjourn the current sentencing hearing scheduled for April 21, 2020 for at least sixty days, in light of the current public health crisis. This is the second request for an adjournment and the government does not object to the request.

    Mr. Hollingsworth pleaded guilty to accepting a gratuity in connection with work as a subcontractor to a federal contract with the parties stipulating to a Sentencing Guidelines range of 4 - 10 months. The Probation Department recommended a probation sentence in the Presentence Investigation Report. Mr. Hollingsworth is not in custody and is in compliance with the terms of his pre-trial release. He has been working to continue his business operations and to maintain employment for his workers, which has been complicated by the current public health situation. While this Court has noted its preference for telephonic or video proceedings (Emergency Ind. Rules & Practices 2B), Mr. Hollingsworth would prefer to proceed with his sentencing hearing in person if at all possible.

    In light of the risks presented by in-person appearances and Mr. Hollingsworth's stated preference for an in-person sentencing hearing, we respectfully ask that this Court adjourn his sentencing date (and all associated deadlines) for a period of at least sixty days.

                                    Respectfully submitted,

                                    /s/ Megan W. Benett

MWB:lr
cc:    All counsel of record via ECF/CM

New York    Boston    Los Angeles