

KREINDLER & KREINDLER LLP | 750 Third Avenue | New York, NY 10017-2725
office: 212.687.8181 | fax: 212.972.9432 | www.kreindler.com

May 29, 2020

VIA ECF/CM
Hon. Lorna G. Schofield
United States District Judge
U.S. District Court Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 1106
New York, NY 10007

> Application Granted. Defendant Hollingsworth's sentencing hearing is adjourned to September 24, 2020 at 11:00 a.m. Defendant's submission shall be filed by August 31, 2020. The Government's submission, if any, shall be filed by September 3, 2020. The Clerk of the COurt is directed to terminate the letter motion at docket number 49.
>
> Dated: June 2, 2020
> New York, New York

Re:  *United States v. Michael Hollingsworth*
     19 Cr. 333 (S.D.N.Y.) (LGS)

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Dear Judge Schofield:

I represent Michael Hollingsworth in the above-referenced prosecution and write to ask this Court to adjourn the current sentencing hearing scheduled for June 23, 2020. In light of the current public health crisis, I request an adjournment to the week of July 27, 2020 or sometime after September 21, 2020. This is the third request for an adjournment and the government does not object to the request.

Mr. Hollingsworth is not in custody; the parties stipulated to their calculation of an advisory Sentencing Guidelines range of 4 - 10 months; and the Probation Department recommended a probation sentence in the Presentence Investigation Report. Mr. Hollingsworth has complied with all terms of his pre-trial release. While this Court has noted its preference for telephonic or video proceedings (Emergency Ind. Rules & Practices 2B), Mr. Hollingsworth would prefer to proceed with his sentencing hearing in person if at all possible.

In light of the risks presented by in-person appearances and Mr. Hollingsworth's stated preference for an in-person sentencing hearing, we respectfully ask that this Court adjourn his sentencing date (and all associated deadlines) to either a date the week of July 27 or a date after September 21, 2020.

Respectfully submitted,

/s/ Megan W. Benett

MWB:lr
cc:   All counsel of record via ECF/CM

New York        Boston        Los Angeles