UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                    :

UNITED STATES OF AMERICA,          :
                          Plaintiff,   :
                                      :          19 Cr. 333 (LGS)
           -against-              :
                                      :             <u>ORDER</u>

MICHAEL HOLLINGSWORTH,        :
                      Defendant,  :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that the sentencing hearing currently scheduled for

September 24, 2020 is adjourned to **October 26, 2020** at **4:00 p.m.**

Dated: September 23, 2020
       New York, New York

                               **LORNA G. SCHOFIELD**
                         **UNITED STATES DISTRICT JUDGE**