UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                :
UNITED STATES OF AMERICA,              :
                          Plaintiff,    :        19 Cr. 333 (LGS)
        -v-                              :
                                           :        **ORDER**
MICHAEL HOLLINGSWORTH,             :
                      Defendant,   :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, with MICHAEL HOLLINGSWORTH's consent, his guilty plea allocution was taken before Magistrate Sarah Netburn on November 21, 2019;

       WHEREAS, a transcript of the allocution was made; and

       WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there is a factual basis for the guilty plea;

       IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

Dated:  New York, New York
           October 20, 2020

                                                          LORNA G. SCHOFIELD
                                                      UNITED STATES DISTRICT JUDGE