

KREINDLER & KREINDLER LLP | 750 Third Avenue | New York, NY 10017-2725
office: 212.687.8181 | fax: 212.972.9432 | www.kreindler.com

November 17, 2020

VIA ECF/CM
Hon. Lorna G. Schofield
United States District Judge
U.S. District Court Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 1106
New York, NY 10007

> Application Granted.  The Clerk of the Court is directed to terminate the letter motion at docket number 58.
>
> Dated: November 19, 2020
> New York, New York
>
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

    Re:    *United States v. Michael Hollingsworth*
             19 Cr. 333 (S.D.N.Y.) (LGS)

Dear Judge Schofield:

      I represent Michael Hollingsworth in the above-captioned case.  On October 26, 2020 this Court sentenced Mr. Hollingsworth to a three-year term of probation.  At the time of sentencing, this Court orally granted the unopposed defense motion to have pretrial services return Mr. Hollingsworth's passport.  After speaking with the pretrial services officer in charge of holding all passports, I learned that she will need a formal written Order from this court allowing Mr. Hollingsworth to regain possession of his passport.  Accordingly, I am submitting a proposed Order to that end, along with this letter-motion and ask that this Court issue it so that Mr. Hollingsworth can present it to pretrial services and get his passport.

                                             Respectfully submitted,

                                             /s/ Megan W. Benett

MWB:lr
cc:    All counsel of record via ECF/CM

New York      Boston      Los Angeles